

**THE LAW OFFICE OF**
**MATTHEW GALLUZZO**
PLLC

11 BROADWAY, SUITE 715    NEW YORK, NEW YORK 10004
Tel. (212) 344-5180    www.criminal-defense.nyc

May 1, 2026

The Honorable Nelson S. Roman
U.S. District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
VIA email and ECF

      Re:    *United States v. Erik Suarez,* 25-CR-194 (NSR)

Dear Judge Roman,

      I am CJA counsel to Mr. Suarez, and I intend to submit his sentencing memorandum this evening. I would like to submit portions of Mr. Suarez's medical records to the Court for its consideration. However, in the interest of my client's privacy, I respectfully request that I be permitted to submit these records under seal. Some of these records contain information of a highly personal nature. I would of course simultaneously provide a copy of these materials to my counterpart, Mr. Markewitz, for his review.

                                      Respectfully submitted,

                          _____/s/_____

                          Matthew Galluzzo
                          Counsel to Erik Suarez
                          11 Broadway Suite 715
                          New York, New York 10004
                          (212) 344-5180

**MEMO ENDORSED**

Defense counsels' request to file certain medical records under seal is GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 109.
Dated: May 4, 2026
     White Plains, NY

               SO ORDERED:

               NELSON S. ROMÁN
            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/4/2026